IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

Plaintiff,

v.

KOHL'S, INC,

Defendant.

2:26cv1157
ELECTRONICALLY FILED
LEAD CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

FLUFFCO, LLC,

Defendant.

2:26cv1171
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

WATERBOY LLC,

Defendant.

2:26cv1181
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

GU USA LLC,

Defendant.

2:26cv1206
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

POLENE USA INC.,

Defendant.

2:26cv1208
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

FRAMEBRIDGE, INC.,

Defendant.

2:26cv1217
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

RUFFLEBUTTS, LLC,

Defendant.

2:26cv1220
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

LIVING SPACES FURNITURE, LLC,

Defendant.

2:26cv1225
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

DKOLDIES, INC.,

Defendant.

2:26cv1232
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

FERGUSON ENTERPRISES, LLC,

Defendant.

2:26cv1242
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

G&B HOME LIVING INCORPORATED,

Defendant.

2:26cv1243
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

ZAPPOS.COM LLC,

Defendant.

2:26cv1250
ELECTRONICALLY FILED
MEMBER CASE

---

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>NOMAD GRILLS COMPANY,<br><br>Defendant. | 2:26cv1256<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>LINEN LION, LLC,<br><br>Defendant. | 2:26cv1272<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>BA&SH AMERICA,<br><br>Defendant. | 2:26cv1274<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>GAMEFLY HOLDINGS, LLC,<br><br>Defendant. | 2:26cv1284<br>ELECTRONICALLY FILED<br>MEMBER CASE |

BLAIR DOUGLASS,

Plaintiff,

v.

KARSUN LLC,

Defendant.

2:26cv1285
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

PERFORMANCE HEALTH SYSTEMS, LLC,

Defendant.

2:26cv1293
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

DREAM BIG LITTLE COMPANY LLC,

Defendant.

2:26cv1302
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

SOBEL WESTEX,

Defendant.

2:26cv1303
ELECTRONICALLY FILED
MEMBER CASE

---

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

The above case has been assigned to United States District Judge Arthur J. Schwab for all further proceedings. Pursuant to Local Rule 16.1, an initial case management conference will be conducted to discuss narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, alternative dispute resolution options, and any other matters that will contribute to prompt and fair disposition of the case; and establish a date for the pretrial conference and a date for the commencement of the trial. **Chief trial counsel shall attend the videoconference. Chief trial counsel shall obtain full settlement authority prior to the conference and must be prepared to discuss settlement of the case and alternative dispute options in detail. Clients must be available by telephone.** The Conference will be held on **August 20, 2026, at 9:00AM** via Zoom. An invitation to connect to the conference by video will be distributed by e-mail to all counsel of record before the conference. **Counsel shall file a Status Report on August 18, 2026**.

As required by Rule 26(f) of the Federal Rules of Civil Procedure the parties must, as soon as practicable, confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan[.] See Fed.R.Civ.P. 26(f). The "confer" meeting must occur face-to-face, via videoconference, at the office of the counsel for the plaintiff, absent an Order of Court stating otherwise.

On or before**, August 13, 2026,** and pursuant to Rule 26(f), and as required by Local Rule 16.1.1, the attorneys of record and all unrepresented parties that have appeared in this case are **jointly** responsible for submitting to the Court the following three (3) documents:

**(a) a joint written report required by Fed.R.Civ.P. 26(f), in the format set forth in Appendix LCvR 16.1 A (11/2016 form) to the Local Rule 16.1.1B (<u>excluding question 12</u>),***

**(b) a joint proposed case management order in compliance with this Court's Practices and Procedure,* and**

**(c) a joint stipulation selecting an ADR process (pursuant to Local Rule 16.2) (04/2017 form) (Participation in the ADR process does not stay discovery) (The parties must provide a firm date for the neutral session on their ADR stipulation form).***

Above documents may be downloaded from the Court's website at www.pawd.uscourts.gov.

The Parties are strongly encouraged to use hyperlinks when filing on CM/ECF, in accordance with Section I.D. of the Court's Practices and Procedures.

SO ORDERED, this 23rd day of June, 2026

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc: All counsel of record

---

***All documents must be completed in full (no blank fields) and form orders not altered.**